UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

In Re: John H. Branson, Esq.        Misc. No. : 2:18-mc-00228-NT

ORDER TO SHOW CAUSE

On September 27, 2018, Chief Justice Roland A. Cole of the Maine Superior Court, sitting by designation as a single Justice of the Maine Supreme Judicial Court, ordered Respondent John H. Branson suspended from the practice of law effective immediately and until further notice of the Maine Supreme Judicial Court due to disability-related reasons.

Now, therefore, pursuant to Rule 83.3(c)(2) of the Local Rules of this Court, John H. Branson is hereby suspended indefinitely from the practice of law in this Court effective immediately. If Respondent Branson claims that this Court should not impose such discipline, he is directed to file within 14 days of the date of this Order the reasons therefor in strict accordance with the limited bases for such an objection under Local Rule 83.3(c)(6).

                                            /s/ NANCY TORRESEN
                                            Nancy Torresen
                                            Chief U.S. District Judge

Dated: October 1, 2018