RECEIVED
SEP 27 2018
BOARD OF OVERSEERS OF THE BAR

STATE OF MAINE

SUPREME JUDICIAL COURT                 DOCKET NO. BAR-18-

|                          |   |                       |
|--------------------------|---|-----------------------|
| In Re: John H. Branson, Esq. | ) ) ) ) ) ) ) | Order of Disability Suspension<br>M. Bar R. 27(a) |

By filing dated September 27, 2018, the Board of Overseers of the Bar (the Board) petitioned this Court for an immediate Order suspending Attorney John H. Branson, for disability-related reasons. Included with the Board's Petition was an Affidavit of Deputy Bar Counsel.

For good cause shown by the Board, John H. Branson appears to be a disabled attorney, currently posing a threat to clients, the public and to the administration of justice.

Accordingly, this Court ORDERS that John H. Branson is suspended from the practice of law in Maine until further Order of this Court.

DATED: September 27, 2018
4 PM

_____
Judge/Justice
Sitting as Single Justice by designation

RECEIVED
SEP 27 2018
Clerk's Office
Maine Supreme Judicial Court